UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AL FRANCO, et al., | ) | CV 07-7670 SVW (Ex) |
| | ) | |
| Plaintiffs, | ) | ORDER ENTERING JUDGMENT FOR PLAINTIFFS |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF VICTORVILLE, et al., | ) | JS - 6 |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court hereby ENTERS JUDGMENT in favor of Plaintiffs in the amount of $1,950.50.  The legal and factual bases for this entry of judgment are set out in the Court's July 9, 2009 Order.  (See Order Denying Defendants' Motion for Partial Summary Judgment, docket no. 63.)

IT IS SO ORDERED.

DATED: September 15, 2009

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE