Michael A. McGill SBN 231613
mcgill@policeattorney.com
LACKIE DAMMEIER & MCGILL APC
367 North Second Avenue
Upland, CA 91786
Telephone: (909) 985-4003
Facsimile: (909) 985-3299

Attorneys for Plaintiff
AL FRANCO ET AL.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL FRANCO ET AL.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF VICTORVILLE ET AL.,<br><br>　　　　Defendants. | Case No.: CV 07-7670 SVW (Ex)<br><br>*Honorable Stephen V. Wilson*<br><br>**PLAINTIFFS' NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Date:　November 5, 2009<br>Time:　9:00a.m.<br>Dept.:<br><br>*Filed concurrently with:*<br>*1) Plaintiffs' Bill of Costs*<br>*2) Declaration of Michael A. McGill in Support of Plaintiffs' Bill of Costs* |

TO THE CLERK OF THE COURT AND TO DEFENDANTS' COUNSEL:

PLEASE TAKE NOTICE that, judgment having been entered in its favor on September 15, 2009, Plaintiffs Al Franco et al. hereby apply to the Clerk to tax costs in the amount of $1,152.25 as set forth in the verified Bill of Costs, and the Declaration of Michael A. McGill lodged and served herewith.

| | | |
|---|---|---|
| 1 | Dated: September 29, 2009 | Respectfully submitted, |
| 2 | | |
| 3 | | LACKIE DAMMEIER & MCGILL APC |
| 4 | | _____ |
| 5 | | Michael A. McGill |
| 6 | | Attorneys for Plaintiff, AL FRANCO ET AL. |

PLAINTIFF'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS

2