Michael A. McGill SBN 231613
mcgill@policeattorney.com
LACKIE DAMMEIER & MCGILL APC
367 North Second Avenue
Upland, CA 91786
Telephone: (909) 985-4003
Facsimile: (909) 985-3299

Attorneys for Plaintiff
AL FRANCO ET AL.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AL FRANCO ET AL., | Case No.: CV 07-7670 SVW (Ex) |
|---|---|
| Plaintiff, | *Honorable Stephen V. Wilson* |
| v. | **DECLARATION OF MICHAEL A. MCGILL IN SUPPORT OF BILL OF COSTS** |
| CITY OF VICTORVILLE ET AL., | |
| Defendants. | Date: November 5, 2009<br>Time: 9:00a.m.<br>Dept.: |
| | *Filed concurrently with:*<br>1) Plaintiff's Notice of Application to the Clerk to Tax Costs<br>2) Plaintiffs' Bill of Costs |

I, Michael A. McGill, declare as follows:

1. I am an attorney at law, duly authorized to practice before this Court, and a partner at the law firm of Lackie, Dammeier & McGill APC, attorneys for Plaintiffs Al Franco et al. I am the attorney principally responsible for representing Plaintiffs in this case. The following facts are personally known to me.

2. The following is a true and accurate itemization of all the respective court fees, service fees, and costs of making copies of materials for use in this case, as well as documentation evidencing such fees:

| | | |
|---|---|---|
| 1 | Exhibit A – Court Filing Fee | $350.00 |
| 2 | Exhibit B – Service Fees | $725.00 |
| 3 | Exhibit C – Costs of Copying Materials for Use in the Case | $77.25 |
| 4 | TOTAL | $1,152.25 |

3. The foregoing costs were necessarily incurred in this case and the services for which these costs have been charged were actually and necessarily performed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on September 29, 2009.

By: _____
Michael A. McGill
LACKIE DAMMEIER & MCGILL APC
Attorneys for Plaintiffs,
AL FRANCO ET AL.

**EXHIBIT A**

| 9/29/2009 | LACKIE, DAMMEIER & McGILL | |
|---|---|---|
| 11:24 AM | Slip Listing | Page |

## Selection Criteria

| | |
|---|---|
| Acti.Selection | Include: CourtFee |
| Slip.Classification | Open |
| Clie.Selection | Include: VictorvlePFA/04 |
| Slip.Transaction Typ | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 184260<br>11/27/2007<br>Billed | EXP<br>G:38116 | 12/5/2007 | BGJ<br>CourtFee<br>VictorvlePFA/04 | 1 | 350.00 | 350.00 |
| Court fees/expenses filing US District Court Complaint | | | | | | |

| Grand Total | | | | |
|---|---|---|---|---|
| | | Billable | 0.00 | 350.00 |
| | | Unbillable | 0.00 | 0.00 |
| | | Total | 0.00 | 350.00 |

**EXHIBIT B**

| 9/29/2009 | LACKIE, DAMMEIER & McGILL | |
|---|---|---|
| 2:58 PM | Slip Listing | Page |

## Selection Criteria

| | |
|---|---|
| Acti.Selection | Include: ProcessSvr |
| Clie.Selection | Include: VictorvlePFA/04 |
| Slip.Classification | Open |
| Clie.Selection | Include: VictorvlePFA/04 |
| Slip.Transaction Typ | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 238558<br>11/27/2007<br>WIP<br>Process Server/file US District Court Complaint and serve City of Victorville | EXP | | MM<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 125.00 | 125.00 |
| 238557<br>1/11/2008<br>WIP<br>Process Server / file Stipulation and give courtesy copy to Judge Wilson at LA District Court | EXP | | MM<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 75.00 | 75.00 |
| 189342<br>1/29/2008<br>Billed<br>Process Server/Deliver copy of Joint Scheduling Conference Report to Judge Wilson in US District Court LA | EXP<br>G:39017 | 3/7/2008 | Julie<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 95.00 | 95.00 |
| 194345<br>3/28/2008<br>Billed<br>Process Server/Safari File Stipulation and Onder to Continue US District Invoice No.5318 | EXP<br>G:39752 | 5/5/2008 | BGJ<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 95.00 | 95.00 |
| 238565<br>5/27/2008<br>WIP<br>Process Server/File Notice of Settlement at US District Court and serve courtesy copy to Judge Wilson (Invoice # 5588) | EXP | | MM<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 75.00 | 75.00 |
| 205651<br>9/23/2008<br>Billed<br>Deliver Courtesy Copy of Notice of Motion and Order to Judge Wilson in Dept. 6 of Los Angeles Central District Court (Invoice No. 6210) | EXP<br>G:41021 | 10/8/2008 | Rosanna<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 75.00 | 75.00 |
| 205279<br>9/26/2008<br>Billed<br>Deliver Courtesy Copy of Notice of Motion and Order | EXP<br>G:41021 | 10/8/2008 | Rosanna<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 75.00 | 75.00 |

| 9/29/2009 | LACKIE, DAMMEIER & McGILL | |
| 2:58 PM | Slip Listing | Page 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| to Judge Wilson in Dept. 6 of LA Central District Court (Invoice No. 6210) | | | | |
| 238571  EXP<br>11/20/2008<br>WIP<br>Process Server/Courtesy Copy Service - Notice of Motion for Reconsideration, etc. and Notice of Errata, etc. in LA Central District Court<br>Serve Courtesy Copy on Judge Wilson in LA (Invoice No. 6540) | MM<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 75.00 | 75.00 |
| 213739  EXP<br>12/9/2008<br>Billed  G:41909  1/12/2009<br>Process Server/Messenger Service Fee/Cost<br>Serve courtesy copy of Plaintiffs Reply Brief re Reconsideration and Judgment to Judge Wilson in Dept. 6 pf the USDC (Invoice No. 6601) | Rosanna<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 75.00 | 75.00 |
| 215760  EXP<br>1/6/2009<br>Billed  G:42152  2/7/2009<br>Process Server/Messenger Service Fee/Cost<br>Deliver Courtesy Copy of Memorandum of Contentions of Fact and Law to Judge Wilson in LASC [Invoice No. 6676] | Rosanna<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 75.00 | 75.00 |
| 218520  EXP<br>1/20/2009<br>Billed  G:42466  3/6/2009<br>Process Server/Messenger Service Fee/Cost Safari Express Inv. No. 6720 Serve Courtesy Copy of Proposed Joint Pre-Trial Conference Order to Hon. Wilson at US District Court | Arlene<br>ProcessSvr<br>VictorvlePFA/04 | 1 | 75.00 | 75.00 |

Grand Total

| | Billable | 0.00 | | 915.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 915.00 |

**EXHIBIT C**

| 9/29/2009 | LACKIE, DAMMEIER & McGILL | |
|---|---|---|
| 11:26 AM | Slip Listing | Page |

## Selection Criteria

| | |
|---|---|
| Acti.Selection | Include: Copying |
| Slip.Classification | Open |
| Clie.Selection | Include: VictorvlePFA/04 |
| Slip.Transaction Typ | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | | Attorney / Activity / Client / Reference | | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 184240<br>11/26/2007<br>Billed<br>Copying FSLA Complaint, Cover Sheet, Certificate, Summons | EXP<br><br>G:38116 | BGJ<br>Copying<br>12/5/2007 VictorvlePFA/04 | | 113 | 0.15 | 16.95 |
| 185775<br>12/17/2007<br>Billed<br>Copying Notice of Service of New Case Order Following Complaint | EXP<br><br>G:38413 | BGJ<br>Copying<br>1/9/2008 VictorvlePFA/04 | | 32 | 0.15 | 4.80 |
| 185998<br>12/21/2007<br>Billed<br>Copying Ntc of SC | EXP<br><br>G:38413 | MAC<br>Copying<br>1/9/2008 VictorvlePFA/04 | | 5 | 0.15 | 0.75 |
| 193466<br>4/7/2008<br>Billed<br>Copying of Plaintiffs First Set of Request for Production of Documents. to Defendant City of Victorville | EXP<br><br>G:39494 | BGJ<br>Copying<br>4/8/2008 VictorvlePFA/04 | | 8 | 0.15 | 1.20 |
| 193512<br>4/8/2008<br>Billed<br>Copying of Correspondence | EXP<br><br>G:39494 | BGJ<br>Copying<br>4/8/2008 VictorvlePFA/04 | | 2 | 0.15 | 0.30 |
| 193529<br>4/9/2008<br>Billed<br>Copying of Correspondence to Golds, Esq. | EXP<br><br>G:39752 | BGJ<br>Copying<br>5/5/2008 VictorvlePFA/04 | | 3 | 0.15 | 0.45 |
| 203996<br>9/10/2008<br>Billed<br>Copying of Correspondence to Howard B. Golds | EXP<br><br>G:41021 | Rosanna<br>Copying<br>10/8/2008 VictorvlePFA/04 | | 1 | 0.15 | 0.15 |
| 205038<br>9/23/2008<br>Billed<br>Copying of Plaintiff's Notice of Motion and Motion for Award of Reasonable Attorney Fees in the Amount of | EXP<br><br>G:41021 | Rosanna<br>Copying<br>10/8/2008 VictorvlePFA/04 | | 25 | 0.15 | 3.75 |

| 9/29/2009 | LACKIE, DAMMEIER & McGILL | |
|---|---|---|
| 11:26 AM | Slip Listing | Page 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| $63,712.50; Memorandum of Points and Authorities; Declaration of Michael A. McGill; Declaration of Sanjay Bansal; Proposed Order (Courtesy Copy to Judge Stephen V. Wilson) | | | | |
| 210112         EXP<br>11/19/2008<br>Billed         G:41600         12/3/2008<br>Copying Notice of Motion for Approval of Settlement and Judgment cc copy to opposing attorney BB&K attorney Golds and Notice of Motion for Reconsideration for Courts Nov 12, 2008 Order to Deny Plaintiff's Motion for Attorney Fees, and Proposed Order | Arlene<br>Copying<br>VictorvlePFA/04 | 62 | 0.15 | 9.30 |
| 210114         EXP<br>11/20/2008<br>Billed         G:41600         12/3/2008<br>Copying Notice of Errata filed for Motions for Reconsideration and Notice of Motion for Approval of Settlement and Judgment for e-filing and courtesy copy to Judge Wilson and mail service copy to opposing attorney | Arlene<br>Copying<br>VictorvlePFA/04 | 36 | 0.15 | 5.40 |
| 210116         EXP<br>11/20/2008<br>Billed         G:41600         12/3/2008<br>Copying REFILING Notice of Motion for Approval of Settlement and Judgment and Notice of Motion for Reconsideration for Courts Nov 12, 2008 Order to Deny Plaintiff's Motion for Attorney Fees, and Proposed Order Courtesy copy to judge Wilson | Arlene<br>Copying<br>VictorvlePFA/04 | 80 | 0.15 | 12.00 |
| 211837         EXP<br>12/8/2008<br>Billed         G:41909         1/12/2009<br>Copying of Plaintiffs Reply Brief in Support of Motion for Reconsideration of the Court's November 12, 2008 Order Denying Plaintiffs' Motion for Attorney Fees; Memorandum of Points and Authorities; and Plaintiff's Reply Brief in Support of Motion for Approval of Settlement and Entry of Judgment; Memorandum of Points and Authorities for Courtesy Copy to Judge Stephen V. Wilson | Rosanna<br>Copying<br>VictorvlePFA/04 | 13 | 0.15 | 1.95 |
| 215309         EXP<br>1/16/2009<br>Billed         G:42152         2/7/2009<br>Copying Proposed Joint Pretrial Conference Order for efiling and courtesy copy for delivery by process server to Hon Stephen Wilson with confirmation of efiling | Arlene<br>Copying<br>VictorvlePFA/04 | 26 | 0.15 | 3.90 |
| 229664         EXP<br>6/22/2009<br>Billed         G:43670         7/3/2009 | Rosanna<br>Copying<br>VictorvlePFA/04 | 33 | 0.15 | 4.95 |

9/29/2009  
11:26 AM  

LACKIE, DAMMEIER & McGILL  
Slip Listing  

Page

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| Copying of Plaintiff's Response and Opposition to Defendant's Motion for Partial Summary Judgment; Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Sanjay Bansal (courtesy copy to Judge) | | | | |
| 234743  EXP  8/17/2009  Billed  G:44324  9/4/2009  Copying Notice of Motion and Motion for Attorney Fees, Proposed Order granting Plaintiffs Motion for efiling and Chambers copy via UPS Overnight for Hon. Wilson | Arlene  Copying  VictorvlePFA/04 | 76 | 0.15 | 11.40 |

Grand Total

| | | | |
|---|---|---|---|
| Billable | 0.00 | | 77.25 |
| Unbillable | 0.00 | | 0.00 |
| Total | 0.00 | | 77.25 |