Michael A. McGill SBN 231613
mcgill@policeattorney.com
LACKIE DAMMEIER & MCGILL APC
367 North Second Avenue
Upland, CA 91786
Telephone: (909) 985-4003
Facsimile: (909) 985-3299

Attorneys for Plaintiff
AL FRANCO ET AL.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL FRANCO ET AL.,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF VICTORVILLE ET AL.,<br><br>          Defendants. | Case No.: CV 07-7670 SVW (Ex)<br><br>*Honorable Stephen V. Wilson*<br><br>**PLAINTIFFS AL FRANCO ET AL.'S RESPONSE TO DEFENDANTS' OBJECTION TO PLAINTIFFS' NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Date:   November 5, 2009<br>Time:   9:00a.m.<br>Dept.:  6 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## RESPONSE TO DEFENDANTS' OBJECTION TO PLAINTIFFS' APPLICATION TO TAX COSTS

In their Application to the Clerk to Tax Costs and Bill of Costs, Plaintiffs Al Franco et al. seek to recover $600.00 in costs incurred for courtesy copies ordered to be hand-delivered to the Court. Since the Court itself ordered Plaintiffs to deliver the abovementioned courtesy copies to the Court, resulting in $600.00 of incurred costs, the Clerk of the Court must tax such costs. See Ambriz v. Arrow Financial Services, LLC (C.D. Cal., May 15, 2008, No. CV 07-5423-JFW (SSx)) 2008 WL 2095617, at *7 (allowing recovery of costs of courtesy copies delivered to the Court; stating "These are exactly the type of costs and expenses that Plaintiff is entitled to receive."); see also Cargill, Inc. v. Progressive Dairy Solutions, Inc. (E.D. Cal., Dec. 8, 2008, No. CV-F-07-0349-LJO-SMS) 2008 WL 5135826, at *8 (allowing recovery of costs of courtesy copies sent to the Court, pursuant to the Court's order).

Dated: October \_\_\_\_\_, 2009            Respectfully submitted,

LACKIE DAMMEIER & MCGILL APC

_____
Michael A. McGill
Attorneys for Plaintiff,
AL FRANCO ET AL.